# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO: 3:07-CR-113; 3:07-CR-192 |
| Plaintiff | : | Judge Walter H. Rice |
| - vs - | : | |
| TAMEIKA HARRIS | : | **ORDER RELEASING DEFENDANT FOR DEFINED PERIOD** |
| Defendant | : | |

The Defendant, Tameika Harris is hereby ORDERED released from the Montgomery County Jail beginning at 10:00 a.m. on Friday December 23, 2011 and to be returned to the jail no later than 5:00 p.m. on Friday December 23, 2011. Defendant shall be released to the custody of her cousin, Shariss Harris, 2956 Loffer Court, Miamisburg, OH 45449 (937) 520-8570 for the purpose of being transported to Tameika Harris' former home/apartment in Springfield, Ohio for the purpose of securing her personal property from her landlord, to store those goods and then return to the jail and for no other purpose.

Violation of this ORDER shall subject the Defendant to additional potential criminal charges, including but not limited to escape.

IT IS SO ORDERED:

_____
Judge Walter H. Rice

Cc: U.S. Marshal Service
Montgomery County Jail Services
United States Attorney
Lawrence J. Greger, Defense Counsel
Brent Handmaker, United States Probation Officer