# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA ,

        Plaintiff(s),

:

Case No.  3:07-cr-113(2) &
3:07CR192

:

    vs.

:  Judge Walter Herbert Rice

TAMEIKA HARRIS,          :

        Defendant(s).      :

---

## ORDER RELEASING DEFENDANT TAMEIKA HARRIS

---

It is the order of this Court that the defendant, Tameika Harris, be released.

The U.S. Marshal is directed to release the defendant Tameika Harris.  The release is subject 24 hour lockdown.  The defendant is to reside with Teresa Griffin in Columbus, Ohio.

IT IS SO ORDERED.

February 17, 2012

_____
WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

All Counsel of Record
United States Marshall Service