# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                    :          Case Nos. 3:07-cr-113(2) & 3:07-cr-192

                                                  District Judge Walter Herbert Rice
   -vs-                                      Magistrate Judge Michael R. Merz

                                      :

TAMEIKA HARRIS,

    Defendant.

---

## BINDOVER ORDER

---

Defendant herein was arrested on June 11, 2012, on the warrant issued for her arrest for alleged violation(s) of the conditions of her supervised release. Judge Rice set an initial appearance for 1:30 p.m. on Thursday, June 14, 2012, and requested the undersigned to conduct the proceeding.

Upon Defendant's appearance with attorney Lawrence Greger, the Court advised her of her rights under Fed. R. Crim. P. 32.1. Advised of those rights, she waived her right to a preliminary hearing and indicated her intention to admit the violation(s). Accordingly, pursuant to Fed. R. Crim. P. 32.1(b), the Magistrate Judge finds there is probable cause to believe Defendant has violated the conditions of her supervised release and refers the matter to District Judge Rice for a revocation hearing. Pursuant to Fed. R. Crim. P. 32.1(a)(6), the Magistrate Judge finds there is no condition or combination of conditions which will adequately assure the Defendant's appearance and the safety of the community and orders that she be detained in the custody of the United States

Marshal pending final disposition.

The parties were advised Judge Rice has scheduled a telephone conference call about the case for 3:30 P.M. on Monday, June 18, 2012.

June 14, 2012.

s/ **Michael R. Merz**
United States Magistrate Judge