IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SHENITA HUDSON,

    Defendant.

Case No. 3:07-CR-113 (1)

JUDGE WALTER HERBERT RICE

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE, REVOKING SAME AND IMPOSING SENTENCE, WITH RE-IMPOSED PERIOD OF SUPERVISED RELEASE TO FOLLOW; RIGHT OF RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD; TERMINATION ENTRY

---

On May 15, 2012, the Defendant, having previously been found in violation of her supervised release which began April 30, 2008, appeared in open Court for final disposition.

Pursuant to the record made in open Court on the aforesaid May 15, 2012, this Court revoked Defendant's supervised release and remanded her to the custody of the Attorney General of the United States/the Bureau of Prisons, for a period of one day, with a period of re-imposed supervised release of two years and 328 days, subject to all undischarged conditions of supervision initially imposed and on the further condition that she continue her cooperation with the Daymont Behavioral healthcare system.

Following the above, the Defendant was orally explained her right of appeal and she indicated an understanding of same.

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

September 18, 2012

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Melissa Stidham, United States Probation Officer